UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GABRIEL BERTA and JILL LICHTE on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>BLUE STAR SECURITY, LLC, SECURITY SERVICES HOLDINGS LLC d/b/a PROTOS SECURITY and CHICAGO CUBS BASEBALL CLUB LLC,<br><br>　　　Defendants. | Case No. 1:25-cv-11138 |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Gabriel Berta and Jill Lichte hereby give notice that their claims in this action against Defendants Blue Star Security, LLC, Security Services Holdings LLC d/b/a Protos Security, and Chicago Cubs Baseball Club, LLC, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 7, 2025

Respectfully submitted,

By: */s/ Blake Hunter Yagman*
Blake Yagman
SPIRO HARRISON & NELSON
40 Exchange Place, Suite 1100
New York, NY 10005
Telephone: (929) 709-1493
byagman@shnlegal.com

*Attorney for Plaintiff and the Proposed Class*

1

# CERTIFICATE OF SERVICE

I, Blake Yagman, hereby certify that on October 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 7th day of October, 2025.

SPIRO HARRISON & NELSON

By: */s/ Blake Hunter Yagman*
Blake Yagman
SPIRO HARRISON & NELSON
40 Exchange Place, Suite 1100
New York, NY 10005
Telephone: (929) 709-1493
byagman@shnlegal.com